

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00533-CV

**IN RE** Gary **DANIELS**

Original Mandamus Proceeding[1]

**ORDER**

On August 6, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is DENIED AS MOOT.

It is so **ORDERED** on August 14, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-20628, styled *In the Matter of the Marriage of Gary Daniels and Alissa Daniels and In the Interest of L.M.D., D.K.D., and T.M.D., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.